## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

PATRICK D. COTTINGHAM,       )       C/A No. 0:19-cv-01947-PJG
                                         )

             Plaintiff,           )

                                         )

              v.                     )            **ORDER**

                                         )

ANDREW M. SAUL,               )

Commissioner of Social Security,       )

                                         )

             Defendant.        )

      This social security matter is before the court pursuant to Local Civil Rule 83.VII.02 (D.S.C.) and 28 U.S.C. § 636(c) for final adjudication, with the consent of the parties, of the plaintiff's petition for judicial review. The plaintiff, Patrick D. Cottingham, brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) to obtain judicial review of a final decision of the defendant, Commissioner of Social Security ("Commissioner"), denying his claims for benefits. On March 18, 2020, the Commissioner filed a motion for entry of judgment with order of remand pursuant to sentence four of 42 U.S.C. § 405 and indicated that counsel for the plaintiff did not consent to the motion. (ECF No. 26.) To date, the plaintiff has not filed any opposition to the motion, and the time for doing so has passed. Therefore, it is hereby

      **ORDERED** that the defendant's motion is granted without opposition filed and this action is remanded to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).

      **IT IS SO ORDERED.**

                                         _____

April 7, 2020                            Paige J. Gossett

Columbia, South Carolina             UNITED STATES MAGISTRATE JUDGE